IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NORFOLK SOUTHERN RAILWAY )
COMPANY, )
 )
        Plaintiff, )
 )
    v. ) Case No. 14 C 8891
 )
ALSIP ACQUISITION, LLC, d/b/a )
FUTUREMARK ALSIP and d/b/a )
FUTUREMARK PAPER COMPANY, )
 )
        Defendant. )

## MEMORANDUM ORDER

On December 2, 2014 this Court issued a brief memorandum order ("Order II") in this action by Norfolk Southern Railway Company ("Norfolk Southern") against a defendant described in the caption and the body of the Complaint as "Alsip Acquisition, LLC, d/b/a Futuremark Alsip and d/b/a Futuremark Paper Company." Order II dealt with the then-recently-filed suggestion of defendant's bankruptcy by Norfolk Southern and concluded:

> Accordingly, unless Norfolk Southern's counsel were to file a motion scheduled for presentment on or before December 22, 2014 to deal with the subject, it would appear that a without-prejudice dismissal of the Complaint and action would be the most appropriate and least complicated step to take. That said, this Court would entertain any other suggestion that counsel might submit.

December 22 has now arrived without anything being submitted by Norfolk Southern's counsel. Accordingly, as forecast in Order II, both the Complaint and this action are dismissed without prejudice.

                                                                       _____
                                                                       Milton I. Shadur
Date: December 22, 2014                      Senior United States District Judge